UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 2:23CR00003 |
| | : | |
| **v.** | : | Violations: 21 U.S.C. §§ 841, 846 |
| | : | |
| **PAYTON LEE FARRIS** | : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

1. On or about and between April 1, 2022, and October 20, 2022, in the Western District of Virginia and elsewhere, PAYTON LEE FARRIS, Jamie Lynn Johnson, and others knowingly and intentionally conspired to distribute and possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841.

2. All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT TWO

1. On or about October 7, 2022, and October 20, 2022, in the Western District of Virginia, PAYTON LEE FARRIS knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATE:  March 7, 2023


*Christopher R. Kavanaugh by LLB*
_____
CHRISTOPHER KAVANAUGH
United States Attorney